**265 So.2d 194**

**In re Neal J. SHIVER**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**4 Div. 445.**

Supreme Court of Alabama.

July 27, 1972.

William J. Baxley, Atty. Gen., and Sarah V. Maddox, Asst. Atty. Gen., for the State.

BLOODWORTH, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Shiver v. State, 48 Ala.App. ——, 265 So.2d 192.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and McCALL, JJ., concur.